EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
CHARLES A. FRENCH
Supervising Deputy Attorney General
ROBERT C. NASH, State Bar No. 184960
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-5809
 Fax: (916) 324-2960
 Email: Robert.Nash@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LONNIE JAMES SHOULDERS,**

        Petitioner,        No. Civ S-07-1763 MCE KJM P

    **v.**

**JAMES WALKER,**        **ORDER**

        Respondent.
_____/

    Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petitioner for Writ of Habeas Corpus be filed on or before March 12, 2008.

Dated: February 15, 2008.

_____
U.S. MAGISTRATE JUDGE

07cv1763.o.0215.wpd

SA2007103590