IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE JAMES SHOULDERS,

      Petitioner,                      No. CIV-S-07-1763 MCE KJM P

   vs.

JAMES WALKER,                      ORDER

      Respondent.

_____/

      Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. <u>See</u> 18 U.S.C. § 3006A(a)(2)(B); <u>see</u> <u>also</u> <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Federal Defender is appointed to represent petitioner.

      2. The Clerk of the Court is directed to serve a copy of the petition and this order on Carolyn Wiggin, Assistant Federal Defender.

      3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

1

1    4. A status conference is set for Wednesday March 4, 2009 at 10:00 a.m. in
2 courtroom #26.
3    5. All parties shall appear at the status conference by counsel.
4    6. Respondent's motion to dismiss (#16) is denied without prejudice.
5 DATED:  February 5, 2009.

_____
U.S. MAGISTRATE JUDGE

1
shou1763.110a