```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   CAROLYN M. WIGGIN, Bar #182732
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Petitioner
   LONNIE JAMES SHOULDERS
7

8

9             IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 LONNIE JAMES SHOULDERS,        )  NO. Civ. S-07-1763 MCE KJM
                                  )
14              Petitioner,       )
                                  )  UNOPPOSED REQUEST TO MOVE STATUS
15     v.                         )  CONFERENCE DATE; Order
                                  )
16 JAMES WALKER,                  )
                                  )  Date:  March 11, 2009
17              Respondent.       )  Time:  10:00 a.m.
                                  )  Judge: Hon. Kimberly J. Mueller
18 _____)

19
```

20      On February 6, 2009, this Court issued an order appointing the
21 Office of the Federal Defender to represent Mr. Shoulders in this
22 matter.  It also set a status conference in this case for March 4,
23 2009, at 10:00 a.m. in Courtroom 26.
24      The Office of the Federal Defender has identified an attorney on
25 the district's CJA panel who can take this case:

26

27 *Shoulders v. Walker*
   Civ. S-07-1763 MCE KJM
28 Unopp. Request to Continue Status Conf.           1

Linnéa M. Johnson, Esq.
2407 J St #301
Sacramento, CA 95816
(916) 441-3792
Ljohnson@capcentral.org

Ms. Johnson would like to take this case but has oral argument scheduled in another court on March 4, 2009. The Office of the Federal Defender has contacted counsel for Respondent, Deputy Attorney General Robert C. Nash, and he has graciously stated that he does not oppose moving the status conference date from March 4, 2009, to March 11, 2009.

For the foregoing reasons, Petitioner asks that the status conference be moved from March 4, 2009, at 10:00 a.m. to March 11, 2009, at 10:00 a.m. In a separate request, the Office of the Federal Defender will ask that Ms. Johnson be substituted in as counsel for Mr. Shoulders.

Dated: February 12, 2009

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      _____
                                      CAROLYN M. WIGGIN
                                      Assistant Federal Defender
                                      Attorney for Petitioner
                                      LONNIE JAMES SHOULDERS

_____

ORDER

Pursuant to Petitioner's unopposed request, and good cause appearing therefor, it is hereby ordered that the status conference in

*Shoulders v. Walker*
Civ. S-07-1763 MCE KJM
Unopp. Request to Continue Status Conf.      2

1 the above-entitled matter is continued from March 4, 2009, at 10:00
2 a.m. to Wednesday, March 11, 2009, at 10:00 a.m.
3 Dated: February 20, 2009.

_____
U.S. MAGISTRATE JUDGE

*Shoulders v. Walker*
Civ. S-07-1763 MCE KJM
Unopp. Request to Continue Status Conf.                3