IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE JAMES SHOULDERS,

      Petitioner,             No. CIV-S-07-1763 MCE KJM P

   vs.

JAMES WALKER,             ORDER

      Respondent.

_____/

      On March 11, 2009, this matter came on for status conference. Linnea Marie Johnson appeared on behalf of petitioner. Deputy Attorney General Brook Bennigson appeared for respondent. In light of the record before the court and the discussion occurring at the status conference, THE COURT MADE THE FOLLOWING ORDERS and announced them in open court:

      1. Respondent shall provide petitioner's counsel with copies of the documents lodged by respondent on March 14, 2008, within two weeks;

      2. Counsel for petitioner shall work expeditiously to obtain the record for the juvenile delinquency adjudication at issue in petitioner's application for writ of habeas corpus; and

/////

1

3. Within sixty days, counsel for petitioner shall file a status report in which counsel shall indicate whether she has obtained the documents referenced above, whether she will file an amended application for writ of habeas corpus and whether she will seek a stay to exhaust state court remedies.

DATED: March 12, 2009.

_____
U.S. MAGISTRATE JUDGE

1
shou1763.aho