IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE JAMES SHOULDERS,

    Petitioner,          No. CIV S-07-1763 MCE KJM P

  vs.

JAMES WALKER,

    Respondent.        <u>ORDER</u>

_____/

      In light of the recent status reports filed by the parties, IT IS HEREBY ORDERED that:

    1. Petitioner is granted thirty days within which to file an amended application for writ of habeas corpus.

    2. Respondent need not file a response to the amended application until instructed to do so by the court.

/////

/////

/////

/////

1

3. Petitioner's request that the court order respondent to provide petitioner's counsel with a copy of People's Exhibit 1 from petitioner's trial is denied.  Counsel is free to seek the exhibit from the Superior Court of Shasta County and may ask this court for an order directing that court to provide the exhibit if necessary.

DATED: May 25, 2009.

_____
U.S. MAGISTRATE JUDGE

1
shou1763.amp

2