IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE JAMES SHOULDERS,

    Petitioner,                                    No. CIV S-07-1763 MCE CHS P

    vs.

JAMES WALKER,

    Respondent.                                 <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has a pending application for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On June 10, 2010, findings and recommendations were entered herein. Petitioner filed objections to the findings and recommendations. On June 25, 2010, respondent moved for a 16 day extension of time in which to reply to petitioner's objections. Good cause appearing, the motion is granted. Respondent may file a reply on or before July 15, 2010.

DATED: June 28, 2010

                                                                  CHARLENE H. SORRENTINO
                                                                   UNITED STATES MAGISTRATE JUDGE